FILED
CLERK U.S. DISTRICT COURT
APR 2 6 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority
Send
Enter
Closed ✓
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| THOMAS CHAYRA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>MONEY GROUP, INC.; DOES 1 to 10, Inclusive,<br><br>Defendant. | Case No.: CV 11-09656 SVW (PLAx)<br><br>**[PROPOSED] ORDER RE DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE** |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff hereby dismisses the above-captioned matter in its entirety.

Pursuant to California Rules of Court Rule 3.770(a), no consideration was paid to any Plaintiff or Plaintiff's counsel, directly or indirectly, in consideration for dismissing this action without prejudice.

DATED: 4/25/2012    By: _____
HON. STEPHEN V. WILSON
United States District Judge

PANISH SHEA & BOYLE LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
310.477.1700 phone • 310.477.1699 fax

[PROPOSED] NOTICE OF DISMISSAL
1